UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORA, PEDRO ESCAMILLA and GERSON PEREYRA,<br><br>Plaintiffs,<br><br>v.<br><br>EFFICIENT PAINTING CO; PAVEL IVANOVICH KOLOSOV; and PETER IVANOVICH KOLOSOV,<br><br>Defendants | Case No.: **CV13-1253 MEJ**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-2(d)** |

BASED ON PLAINTIFF'S MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

4

**MOTION TO CONTINUE INITIAL CMC**

**August 8, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**August 15, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement
- Last Day to File Magistrate Consent Form

**August 22, 2012**

- Initial Case Management Conference in Courtroom B, 15th Floor, San Francisco Courthouse at 10:00 a.m.

IT IS SO ORDERED

DATED:  June 18, 2013            By: _____
                                     Hon. Maria-Elena James
                                     United States Magistrate Judge

5

**MOTION TO CONTINUE INITIAL CMC**