1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                              FOR THE
7                  NORTHERN DISTRICT OF CALIFORNIA

8   JUAN MORA, PEDRO ESCAMILLA            Case No.: **CV13-1253 MEJ**
9   and GERSON PEREYRA,
                                          **ORDER GRANTING PLAINTIFFS'**
10                                        **MOTION TO CONTINUE CASE**
                                          **MANAGEMENT CONFERENCE**
11                                        **PURSUANT TO LOCAL RULE 16-2(d)**
12              Plaintiffs,
13        v.
14
15  EFFICIENT PAINTING CO; PAVEL
    IVANOVICH KOLOSOV; and PETER
16  IVANOVICH KOLOSOV,
17
                Defendants
18
19
20
21

22       BASED ON PLAINTIFF'S MOTION TO CONTINUE, THE COURT'S FILE AND
23  GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:
24
    The initial Case Management Conference and Rule 26 Deadlines are continued as follows:
25

                                         4
**MOTION TO CONTINUE INITIAL CMC**

**August 8, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.

- Last Day to file ADR Certificate signed by Parties and Counsel.

- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**August 15, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

- Last Day to File Magistrate Consent Form

**August 22, 2012**

- Initial Case Management Conference in Courtroom B, 15th Floor, San Francisco Courthouse at 10:00 a.m.

IT IS SO ORDERED

DATED:  June 18, 2013          By: _____
                                    Hon. Maria-Elena James
                                    United States Magistrate Judge

5

**MOTION TO CONTINUE INITIAL CMC**