UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORA, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>EFFICIENT PAINTING CO., et al.,<br><br>            Defendants. | Case No. 13-cv-01253-MEJ<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 19 |

On November 20, 2013, Plaintiffs filed a request for the Court to enter default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55(b)(2). As default has not been entered by the Clerk of Court pursuant to Rule 55(a), Plaintiffs' request is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge