UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN MORA, PEDRO ESCAMILLA and GERSON PEREYRA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EFFICIENT PAINTING CO, PAVEL IVANOVICH KOLOSOV and PETER IVANOVICH KOLOSOV,<br><br>　　　　　Defendants. | Case No.  13-CV-01253 MEJ<br><br>[Proposed] **ORDER VACATING ALL DEADLINES AND HEARINGS** |

Based on the stipulation by the parties and good cause shown, the Court hereby vacates all deadlines and hearings on the above referenced matter.  Plaintiffs shall file their requests for dismissal within ninety (90) days or appear for an Order to Show Cause hearing to determine why their case should not be dismissed on December 18, 2014 at 10:00 a.m. in Courtroom B.

　　　IT IS SO ORDERED.

Dated: September 10, 2014        //s//
　　　　　　　　　　　　　　　　　The Honorable Magistrate Judge
　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES